IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11011
Conference Calendar
_____


ALCARIO VERA,

                                        Plaintiff-Appellant,

versus

WAYNE SCOTT, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL
DIVISION; MIKE WARREN; G. ANDERSON,

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:95-CV-20-C
- - - - - - - - - - -
April 18, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     This is an appeal from the dismissal pursuant to Fed. R.
Civ. P. 12(b)(6) of a state prisoner's civil rights complaint
brought under 42 U.S.C. § 1983.  Appellant contends that the
district court erred by dismissing his complaint for failure to
state a claim upon which relief may be granted.  We have reviewed
the record, the magistrate judge's report and recommendation, and
the district court's order of dismissal, and find no reversible
error.  Accordingly, the district court's judgment is AFFIRMED.

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.